**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| VIRGINIA OLIVE HILL | Case No.:19-22921 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/24/2019 and confirmed on 11/25/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,023.84 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,023.84 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 87.03 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 87.03 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 0.00 | 1,490.51 | 0.00 | 1,490.51 |
|     Acct: 0244 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 11,257.73 | 0.00 | 0.00 | 0.00 |
|     Acct: 0244 | | | | |
|   COMMUNITY BANK NA** | 6,368.18 | 333.36 | 112.94 | 446.30 |
|     Acct: 6464 | | | | |
| | | | | 1,936.81 |
| **Priority** | | | | |
|   PRESTON T YOUNKINS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VIRGINIA OLIVE HILL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF PRESTON T YOUNKINS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | *** N O N E *** | | | |
| **Unsecured** | | | | |
|   ONE MAIN FINANCIAL GROUP LLC(*) | 969.15 | 0.00 | 0.00 | 0.00 |

| 19-22921 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| Acct: 4506 | | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7742 | | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | MARTHA E VON ROSENSTIEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | 1,936.81 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 17,625.91 | |
| UNSECURED | 969.15 | |

Date: 05/06/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com